384 A.2d 985

Commonwealth v. Harbaugh, Appellant.

Argued November 23, 1977. Dante G. Bertani, Public Defender, with him Duke George, Jr., for appellant; James J. Conte, Assistant District Attorney, with him Albert M. Nichols, District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.